# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| GENA M. LAMBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV-12-404-R |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff filed this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of the decision of the Defendant denying her application for disability insurance benefits. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Shon T. Erwin for preliminary review. On April 23, 2013, Judge Erwin issued a Report and Recommendation, wherein he recommended that the decision of the Commissioner be reversed and that the matter be remanded to the Commissioner for further proceedings. The record reflects that Defendant has not objected to the Report and Recommendation within the time limits prescribed, nor sought an extension of time in which to object. Accordingly, the Report and Recommendation is hereby adopted and the matter is remanded to the Commissioner for further proceedings.

IT IS SO ORDERED THIS 8th day of May, 2013.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE